UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED
FILED
AUG 22 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)   No.
v. )
　　　　　　　　　　　　　　　　　　) **4:19CR00689 RWS/PLC**
DANIEL MCSKIMMING, )
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 13, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**DANIEL MCSKIMMING,**

the Defendant herein, knowingly possessed ammunition, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the ammunition previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

　　　　　　　　　　　　　　　　　　　　　　　　　　　A TRUE BILL


　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JENNIFER SZCZUCINSKI, #56906MO
Special Assistant United States Attorney